## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

HEALTHTRUST PURCHASING GROUP, L.P., and HPG ENTERPRISES, LLC,

    Plaintiffs,

v.

MCKINSEY & COMPANY, INC.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Miscellaneous
Case No. _____

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

HEALTHTRUST PURCHASING GROUP, L.P., and HPG ENTERPRISES, LLC,

    Defendants/Counterclaimants,

v.

COMMONSPIRIT HEALTH,

    Plaintiff/Counter-Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:21-cv-00460

Judge Aleta Trauger

---

## NOTICE OF MOTION TO ENFORCE COMPLIANCE WITH SUBPOENA AND PROVIDE COMPLIANT PRIVILEGE LOG

---

In accordance with Federal Rules of Civil Procedure 26 and 45, HealthTrust Purchasing Group, L.P. and HPG Enterprises, LLC (collectively, the "HealthTrust Parties"), by and through counsel, respectfully move this Court at a date and time to be set by the Court to enforce non-party McKinsey & Company, Inc. ("McKinsey") to

1

comply with a Subpoena served on October 4, 2022, for materials relevant to the HealthTrust Parties' claims against CommonSpirit Health ("CommonSpirit"), the Plaintiff/Counter-Defendant in a lawsuit pending in the United States District Court for the Middle District of Tennessee. The materials that the HealthTrust Parties sought via the Subpoena are relevant to the pending lawsuit. CommonSpirit directed McKinsey to withhold and redact certain responsive materials but provided no legitimate bases for doing so, and McKinsey's privilege log does not comply with the Federal Rules of Civil Procedure or applicable law.

Therefore, and as set forth in the HealthTrust Parties' accompanying Memorandum of Law in Support, the Court should grant the motion and order McKinsey to (i) produce an updated, compliant privilege log containing CommonSpirit's legitimate privilege bases for the materials that CommonSpirit directed McKinsey to withhold or redact, and (ii) produce the materials McKinsey withheld or redacted on the sole basis that CommonSpirit directed McKinsey to do so, if any such materials are not privileged. The HealthTrust Parties further request that the Court grant such other and further relief as the Court deems just and proper.

2

Respectfully submitted,

/s/ Sean C. Sheely
Sean C. Sheely (NY Bar No. 2604684)
Duvol M. Thompson (NY Bar No. 4958591)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: 212.513.3263
sean.sheely@hklaw.com
duvol.thompson@hklaw.com

*Counsel for the HealthTrust Parties*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 29, 2023, a true and accurate copy of the foregoing has been served by the Court's electronic filing system and by electronic mail on the following:

Victor J. Domen, Jr.
NORTON ROSE FULBRIGHT US, LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-0200
vic.domen@nortonrosefulbright.com

James H. Turken
Rebecca Lawlor Calkins
Neil P. Thakor
Kelly L. Doyle
NORTON ROSE FULBRIGHT US, LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
james.turken@nortonrosefulbright.com
rebecca.calkins@nortonrosefulbright.com
neil.thakor@nortonrosefulbright.com
kelly.doyle.dahan@nortonrosefulbright.com

Kevin C. Kline
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
kevin.klein@kleinpllc.com

*Attorneys for CommonSpirit Health*

Joel Haims
Fabiola Vega
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: 212-547-5664
jhaims@mwe.com
fvega@mwe.com

*Attorneys for McKinsey*

*/s/ Sean C. Sheely*

4