UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

HEALTHTRUST PURCHASING GROUP, L.P.,
and HPG ENTERPRISES, LLC,

                               Plaintiff,

                 -against-

MCKINSEY & COMPANY, INC.,

                               Defendant.

**ORDER**

**23-mc-214 (GHW) (JW)**

---------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       On June 29, 2023, HealthTrust Purchasing Group, L.P. and HPG Enterprises, LLC (collectively, the "HealthTrust Parties") moved to enforce non-party McKinsey & Company, Inc. ("McKinsey") to comply with an October 2022 subpoena for materials relevant to a lawsuit pending in the United States District Court for the Middle District of Tennessee. Dkt. No. 1. That same day, the HealthTrust Parties moved to transfer the Motion to Enforce to the Middle District of Tennessee. Dkt. No. 4.

       On July 18, 2023, McKinsey filed a letter with the Court consenting to the request to transfer. Dkt. No. 10.

       Rule 45(f) states that, "the court…may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents…" See Fed. R. Civ. P. 45(f).

       For this reason, the HealthTrust Parties' Motion to Transfer is GRANTED. The Clerk of Court is requested to close the motions at Dkt. Nos. 1 and 3, and

transfer the case to the United States District Court for the Middle District of Tennessee.

SO ORDERED.

DATED:   New York, New York
         July 21, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge